No. 441.  ISBELL *v.* UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 442.  ORSINGER *v.* UNITED STATES.  C. A. D. C.
Cir.  Certiorari denied.

No. 443.  BUCKS COUNTY CABLE TV, INC. *v.* UNITED
STATES ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 446.  TRIPOLI Co., INC. *v.* WELLA CORP.  C. A. 3d
Cir.  Certiorari denied.

No. 449.  TAGLIA *v.* LAIRD, SECRETARY OF DEFENSE.
C. A. D. C. Cir.  Certiorari denied.

No. 450.  SMITH *v.* TENNESSEE.  Sup. Ct. Tenn.
Certiorari denied.

No. 452.  S. E. NICHOLS-DOVER, INC., ET AL. *v.* NA-
TIONAL LABOR RELATIONS BOARD.  C. A. 3d Cir.  Cer-
tiorari denied.

No. 453.  PRUDDEN *v.* UNITED STATES.  C. A. 5th Cir
Certiorari denied.

No. 456.  GULF STEVEDORE CORP. ET AL. *v.* HOLLIS,
DEPUTY COMMISSIONER, BUREAU OF EMPLOYEES' COM-
PENSATION, U. S. DEPARTMENT OF LABOR, ET AL.  C. A.
5th Cir.  Certiorari denied.

No. 459.  WESTINGHOUSE ELECTRIC CORP. *v.* NATIONAL
LABOR RELATIONS BOARD.  C. A. 7th Cir.  Certiorari
denied.

No. 460.  POLLACK *v.* UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 461.  TREMONT *v.* UNITED STATES.  C. A. 1st Cir
Certiorari denied.